```
SAO
DANIEL E. CURRIDEN, ESQ.
Nevada Bar No. 3502
CURRIDEN, ARNESON & ANDERTON
7201 W Lake Mead, Suite 580
Las Vegas, Nevada 89128
(702) 870-7188
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT<br>CLARK COUNTY, NEVADA

| | |
|---|---|
| BARRY KNAUFF,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CSAA GENERAL INSURNACE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>　　　　　Defendant. | Case No. 2:16-cv-01160 |

<u>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their own fees and costs.

DATED this 22 day of June, 2016.

| CURRIDEN, ARNESON & ANDERTON | HUTCHISON & STEFFEN    Bar #4390 |
|---|---|
| By _____ (9/5/16) | By _____ |
| DANIEL E. CURRIDEN, ESQ.<br>7201 W Lake Mead #580<br>Las Vegas, Nevada 89128<br>Attorneys for Defendant | TODD L. MOODY, ESQ.<br>10080 W Alta Drive #200<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiff |

1

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice, each party to bear their own fees and costs.

DATED this __12__ day of __July__, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Submitted by:
CURRIDEN, ARNESON & ANDERTON

By_____
DANIEL E. CURRIDEN, ESQ.
7201 W Lake Mead, Suite 580
Las Vegas, Nevada 89128
Attorneys for Defendant